Certificate Number: 05781-NYW-DE-041698475

Bankruptcy Case Number: 26-20943

05781-NYW-DE-041698475

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 19, 2026, at 7:03 o'clock PM PST, Terry Monacelli completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of New York.

Date: November 19, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President